United States District Court
District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

March 25, 2003

Barbara Kraft, Esq.
Richard W. Gibson, Esq.
BEINS, AXELROD, KRAFT, GLEASON & GIBSON
1717 Massachusetts Avenue, Suite 704
Washington, DC 20036

    Re: MEBA Pension Trust, et al. v. Nikki Summerville, et al..
       <u>Civil No. WDQ-03-158</u>

Dear Counsel:

    The court file reflects that a summons was issued on January 17, 2003, for defendant Janet M. Summerville, but there is no indication that the defendant has been served. Accordingly, you are directed to advise the Court, in writing, on or before April 1, 2003, as to the date when service was effected. If the defendant is unserved, describe your efforts, both past and present, for effecting service.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

    Very truly yours,

    /s/

    William D. Quarles, Jr.
     United States District Judge