UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

_____

MEBA PENSION TRUST, et al.,

                PLAINTIFFS,

  v.                                 CASE NO. WDQ 03-158
NIKKI SUMMERVILLE, et al.,

                DEFENDANTS.
_____/

CONSENT MOTION TO DEPOSIT RETIREMENT PLAN PROCEEDS INTO
REGISTRY OF THE COURT

Plaintiff MEBA Pension Trust and the named plaintiff Trustees hereby request that the Court enter the attached order authorizing the Pension Trust to deposit the proceeds in dispute in this intervention action into the registry of the Court. Defendants Janet Summerville and Nikki Summerville agree with the relief requested in this motion.

POINTS AND AUTHORITIES

    1. 28 U.S.C. Section 1335(a)(1).

    2. Fed. R. Civ. Pr. 22.

Respectfully submitted,

_____
Barbara Kraft    Bar No. 09105
Richard W. Gibson
Beins, Axelrod, Kraft, Gleason & Gibson, P.C.
1717 Massachusetts Ave., NW   Suite 704
Washington, DC 20036
(202) 328-7222
Counsel for the Plaintiffs MEBA Pension Trust and Trustees

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing consent motion and proposed order was sent by first class mail this 14th day of April, 2003, to the persons listed below:

Janet Summerville
4805 Tinasa Way
San Diego, CA 92124

Jeffrey A. Wothers, Esq.
Cristina A. Milnor, Esq. **[by electronic file]**
Niles, Barton & Wilmer
11 S. Calvert St., Suite 1400
Baltimore, MD 21202

                                        _____
                                        Barbara Kraft