UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

_____

MEBA PENSION TRUST, et al.,

                             PLAINTIFFS,

     v.                                                           CASE NO. WDQ 03-158

NIKKI SUMMERVILLE, et al.,

                             DEFENDANTS.
_____/

ORDER

Upon consideration of the consent motion of the MEBA Pension Trust and its Trustees for leave to deposit the Pension Plan proceeds in dispute in the registry of the Court, it is this ___ day of _____, 2003, hereby ORDERED, that the consent motion is granted.  The proceeds may be deposited in the registry of the Court forthwith.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

Copies:

Barbara Kraft
Richard W. Gibson
Beins, Axelrod, Kraft, Gleason & Gibson, P.C.
1717 Massachusetts Ave., NW   Suite 704
Washington, DC 20036

Janet Summerville
4805 Tinasa Way
San Diego, CA 92124

Jeffrey A. Wothers, Esq.
Cristina A. Milnor, Esq.
Niles, Barton & Wilmer
11 S. Calvert St., Suite 1400
Baltimore, MD 21202