IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MEBA PENSION TRUST, et al.
  Plaintiffs                *

vs.                         *        Case No. WDQ 03-158

NIKKI SUMMERVILLE, et al.   *
  Defendants                *******

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit  1 , which is an attachment to Affidavit of Allen Szymczak, which is Ex. A to Janet Summerville's Motion for Summary Judgment exists only in paper format and is 15 pages or longer. It will be filed with the Clerk=s Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

June 13, 2003                                    /s/
_____          _____
Date                                              Signature

                                         Nell B. Strachan        00408
                                         _____
                                         Printed Name      Bar Number

                                         2 Hopkins Plaza
                                         _____
                                         Street Address

                                         Baltimore, Maryland  21201
                                         _____
                                         City/State/Zip

                                         410-244-7464    410-244-7742
                                         _____
                                         Phone No.            Fax No.

U.S. District Court (Rev. 3/25/2003) Notice of Filing of Lengthy Exhibit