**Notices**

1:03-cv-00158-WDQ MEBA Pension Trust, et al v. Summerville, et al

## U.S. District Court

## District of Maryland

Notice of Electronic Filing

The following transaction was received from Strachan, Nell entered on 6/13/2003 at 10:56 AM EDT and filed on 6/13/2003

**Case Name:** MEBA Pension Trust, et al v. Summerville, et al
**Case Number:** 1:03-cv-158
**Filer:** Janet M. Summerville
**Document Number:** 18

**Docket Text:**
NOTICE by Janet M. Summerville *Notice of Filing of Lengthy Exhibit (Ex. 1 to Szymczak Affidavit attached to Janet Summerville's Motion for Summary Judgment)* (Strachan, Nell)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=6/13/2003] [FileNumber=160815-0]
[4079f152a4b16603bd3b51382ba160fb7944a7a203527d4f23df4c3c2dc90409b487
d729336935542fcc9b8186fbd3f4924a3a8147b0626c749d2a7307eb3bac]]

**1:03-cv-158 Notice will be electronically mailed to:**

Barbara J Kraft    bkraft@bakgg.com

Cristina A Milnor    camilnor@niles-law.com

Nell B. Strachan    nbstrachan@venable.com

Jeffrey Allan Wothers    jawothers@niles-law.com

**1:03-cv-158 Notice will not be electronically mailed to:**