# VAX C

**MEBA PENSION TRUST-MONEY PURCHASE BENEFIT
DISTRIBUTION SELECTION AND BENEFICIARY DESIGNATION FORM** 22419

Complete this side of the Form if you wish to reject the Joint & Survivor Annuity method of distribution. Check one box only and fill in the information concerning your beneficiary. If you select one of the following methods of distribution, you may designate anyone you wish, including your spouse, as your beneficiary.

Employee's Name (Print): **Daniel R. Summerville**   Social Security #: **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**

I wish to receive my Money Purchase Benefit Account under the following distribution method. *Check one box only.* I understand that by selecting the following method, I am rejecting the Joint & Survivor Annuity method.

DVES =10

☐ A straight life annuity contract purchased from an insurance company without a Joint & Survivor Annuity.
☒ A single lump sum payment.
☐ Ten (10) annual installments.

CRT

In the event of my death before distribution to me commences (or in the case of the ten annual installments method, before I receive my full 10 installments) and provided I am fully vested, I designate the following person as my beneficiary.

Name of Beneficiary (Print): **Janet Marie Summerville**   Relationship: **Sister**
Address of Beneficiary (Print): **5916 N.E. Mallory**   Social Security #: **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**
**Portland, Ore. 97211**

Date: **10/25/86**   Employee's Signature: *Daniel R. Summerville*

**EXHIBIT 2**

**MEBA PENSION TRUST MONEY PURCHASE BENEFIT
DISTRIBUTION SELECTION AND BENEFICIARY DESIGNATION FORM**

Complete this side of the Form *only* if you wish to receive your Money Purchase Benefit Account in the form of a life annuity contract with a Joint & Survivor Annuity. If you elect this method, you *must* designate your spouse as your beneficiary and your spouse must be married to you for at least one year on the date distribution commences.

Employee's
Name (Print) _____   Social
Security # _____

☐ I wish to receive my Money Purchase Benefit Account in the form of a life annuity contract which provides for a Joint & Survivor Annuity.

In the event of my death before distribution to me commences, and provided I am fully vested, I designate my spouse as my beneficiary to receive my Account in the form of a non-transferable straight life annuity contract purchased from an insurance company.

Name of Spouse
(Print) _____

Address of Spouse
(Print) _____

_____   _____
Date                        Employee's Signature