

**MEBA MEDICAL & BENEFITS PLAN**
**MEBA PENSION TRUST**
**MEBA TRAINING PLAN**
**MEBA VACATION PLAN**

**BENEFIT PLANS**  1007 EASTERN AVENUE, BALTIMORE, MARYLAND 21202-4345 • (410) 547-9111

September 12, 2002

Ms. Nikki Summerville
P. O. Box 3113
Holiday Island, AR 72631

Re: Daniel Summerville - Money Purchase Benefit

Dear Ms. Summerville:

We have reviewed and considered your June 19, 2002 letter objecting to the Plan Office's decision to distribute Daniel Summerville's Money Purchase Benefit to his sister Janet, consistent with his October 1986 beneficiary designation form, rather than to you. We believe our original decision about your claim to this Benefit, which we communicated to you by letter June 11, 2002, is the correct decision.

Your June 19, 2002 letter asks for a decision by the Board of Trustees of the MEBA Pension Trust on this matter. We will treat your letter as an appeal to the Board of Trustees under Article IX of the Plan Regulations, and the Trustees will consider your appeal at their October 22-24, 2002 meeting. We will advise you of their decision as soon as possible after that meeting.

Sincerely,

*Karen A. Fortune*
Karen A. Fortune
Pension Trust Manager

KF:k



EXHIBIT
5