UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MEBA PENSION TRUST, et al.         *

                            *

    Plaintiffs

                            *

v.
                            *    Civil No.: L03 CV 158

NIKKI SUMMERVILLE, et al.

                            *

    Defendants

                            *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUMMARY JUDGMENT

    Nikki Summerville, Plaintiff, by and through her attorneys, Jeffrey A. Wothers, Cristina A. Milnor, and Niles, Barton & Wilmer, LLP, hereby files, pursuant to F.R.C.P. 56, this Motion for Summary Judgment and, in support thereof, states:

    1.    As set forth in detail in the accompanying Memorandum, Daniel Summerville substantially complied with the requirements of the MEBA Pension Trust change of beneficiary form and effectively changed the named beneficiary from Janet Summerville to Nikki Summerville.

    2.    Based on the undisputed facts, Plaintiff is entitled to judgment as a matter of law in her favor.

    **WHEREFORE**, Plaintiff, Nikki Summerville, moves this Honorable Court to enter summary

judgment in her favor and for such other, further and different relief as the justice of the cause may require.

*[signature]*
JEFFREY A. WOTHERS
Federal Bar No. 09439
CRISTINA A. MILNOR
Federal Bar No. 26973
Niles, Barton & Wilmer, LLP
111 S. Calvert Street
Suite 1400
Baltimore, MD 21202
Telephone (410) 783-6300
Fax (410) 783-6363
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2003, copies of the foregoing Motion for Summary Judgment, Memorandum in Support thereof, and proposed Order were mailed, postage prepaid, to the following:

Barbara Kraft, Esquire
Richard W. Gibson, Esquire
1717 Massachusetts Avenue
Suite 704
Washington, D.C. 20036

Nell B. Strachan, Esquire
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

*[signature]*
CRISTINA A. MILNOR

2