UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MEBA PENSION TRUST, et al.         *

                                     *

     Plaintiffs

                                     *

v.
                                     *    Civil No.: L03 CV 158

NIKKI SUMMERVILLE, et al.

                                     *

     Defendants

                                     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon review of Plaintiff's Motion for Summary Judgment and the relevant papers, this Court grants Plaintiff, Nikki Summerville's Motion for Summary Judgment. Accordingly, this ___ day of _____, 2003, it is hereby ORDERED that Plaintiff, Nikki Summerville's Motion for Summary Judgment is GRANTED.

_____                              _____
Date                                                         William D. Quarles, Jr.
                                                          United States District Judge