**MEBA MEDICAL & BENEFITS PLAN**
**MEBA PENSION TRUST**
**MEBA TRAINING PLAN**
**MEBA VACATION PLAN**

## BENEFIT PLANS

1007 EASTERN AVENUE, BALTIMORE, MARYLAND 21202-4345 • (410) 547-9111

June 11, 2002

Ms. Nikki Summerville
P.O. Box 3113
Holiday Island, AR 72631

Re: Daniel Summerville
IDN: 22419
DOD: April 10, 2002

Dear Ms. Summerville:

This letter concerns correspondence you received dated April 30, 2002 (copy enclosed) regarding Daniel Summerville's Money Purchase Benefit (MPB).

In accordance with Plan provisions, member's complete Section 2B / Beneficiary Designation of the Money Purchase Benefit Survivor Option form to designate a beneficiary. In addition to providing the beneficiary information, the member must sign and date the form. A review of Mr. Summerville's file indicates that the beneficiary designation for the MPB Survivor Option form dated September 21, 2000 is not binding. Daniel Summerville's form contains your name and signature, Nikki Summerville, as the Participant's signature (see attachment). Therefore, this Survivor Option form is invalid. As a result, the Plan must use the form that was executed on October 25, 1986 by Daniel Summerville. Unfortunately, you are not listed as the beneficiary on this MPB Survivor Option form. Therefore, you are not entitled to Mr. Summerville's MPB.

I apologize for any inconvenience this may have caused you. You may contact the Plan Office at 1-800-811-6322 regarding questions or concerns.

Very truly yours,

*Karen J. Fortune*
Karen A. Fortune
Pension Trust Manager

Enclosure
KAF/kf

EXHIBIT 2