

June 19, 2002

MEBA Benefit Plans
Karen A. Fortune
Pension Trust Manager
1007 Eastern Avenue
Baltimore, MD 21202-4345

JUN 2 0 2002

Reference: Daniel Summerville IDN 22419 DOD April 10, 2002

Dear Ms Fortune

I received your letter dated June 11, 2002 yesterday, June 18, 2002.

I protest the decision you've relayed in this letter not to award me my father's MPB which was his obvious intention and desire.

He called and asked for the Beneficiary form to be mailed to him and it arrived with NO instructions.

The form was not signed in the presence of any MEBA personnel who would have helped him sign it correctly. He told me that I should sign in the beneficiary section because I am not a minor any more and the paragraph says, "Beneficiary".

I would like to suggest that the signing of forms is a confusing thing for many people and that it would easier to abide by the forms rules if the title, MEBA Member/ Participant, were the title under the signature line.

This form was executed on September 21, 2000 in front of a Notary Public. It is clear it was intention to make me his beneficiary.

This form was obviously NOT checked for accuracy when it arrived at MEBA to see if it had been properly signed. If it had been checked, as such an important document should have, we would not now have this controversy.

I am asking for a decision from the Board as to whether or not I am eligible to receive my Dad's MPB as was obviously his intention and wish.

Yours truly

Nikki Summerville

*Nikki Summerville* (signature)

POB 3513
Holiday Island, AR 72631
● ● ● ● ● ● ● ● ● ● ● ●
Phone: 479-253-2994

Exhibit F

EXHIBIT
2