0233 SW Clara Mae Way
Portland, OR 97219

June 21, 2002

Mr. Allen Szymczak
Administrator
and
Board of Directors
MEBA
1007 Eastern Avenue
Baltimore, Maryland 21202

re: Daniel R. Summerville Beneficiary

Dear Mr. Szymczak and Board Members:

As the sister of Daniel R. Summerville, I am submitting the following comments regarding the Board's consideration of the beneficiary to my brother's retirement account.

From telephone conversations with the MEBA staff, I understand that there is an error in the process of designating a beneficiary. I also understand that your decision must be based on the technical merits before you.

If you chose to consider factors other than the factual merits, I offer related comments on my plans for distribution of the funds should I be the beneficiary. I plan to respect my brother's intent as expressed in his will to distribute his estate equally among his children. In general, my plans include a fair distribution to the two natural children named in his will and also to his adopted child. I believe this represents most accurately the intent of my brother rather than the distribution going to only one of his children.

Thank you for your consideration.

Sincerely,

*Janet M. Summerville*

Janet M. Summerville

Exhibit G

JUN 2 8 2002

EXHIBIT
11