

**MEBA MEDICAL & BENEFITS PLAN**
**MEBA PENSION TRUST**
**MEBA TRAINING PLAN**
**MEBA VACATION PLAN**

**BENEFIT PLANS**  1007 EASTERN AVENUE, BALTIMORE, MARYLAND 21202-4345 • (410) 547-9111

September 12, 2002

Janet M. Summerville
4805 Tinasa Way
San Diego, CA 92124

Re: Daniel Summerville – Money Purchase Benefit

Dear Ms. Summerville:

This is to advise you of the status of the MEBA Plan Office's processing of payment of Daniel Summerville's Money Purchase Benefit to his designated beneficiary.

As you know, the Plan Office determined to pay the benefit to you, as the person designated by Mr. Summerville on a properly executed beneficiary designation form dated October 25, 1986. However, Mr. Summerville's daughter, Nikki, is also claiming this benefit. We have advised Nikki Summerville of our decision, and she has asked that the Pension Trust Board of Trustees consider her claim.

We have determined to treat Nikki Summerville's request that the Board of Trustees consider her claim as an appeal under Article IX of the Plan's Rules and Regulations. Accordingly, the Trustees will hear Ms. Summerville's appeal at their next meeting, October 22-24, 2002. We will withhold payment of the benefit until this matter has been resolved.

Sincerely,

*Karen A. Fortune*

Karen A. Fortune
Pension Trust Manager

KF:k

Exhibit I

**EXHIBIT**
6