**VAX C**

SIGMA PENSION TRUST MONEY PURCHASE BENEFIT
DISTRIBUTION SELECTION AND BENEFICIARY DESIGNATION FORM  22419

Complete this side of the form if you wish to reject the Joint & Survivor Annuity method of distribution. Check one box only and fill in the information concerning your beneficiary. If you elect one of the following methods of distribution, you may designate anyone you wish, including your spouse, as your beneficiary.

Employee's Name (Print): Daniel R. Summerville    Social Security #: 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

I wish to receive my Money Purchase Benefit Account under the following distribution method. Check one box only. I understand that by selecting the following method, I am rejecting the Joint & Survivor Annuity method.

☐ A straight life annuity contract purchased from an insurance company without a Joint & Survivor Annuity.
☒ A single lump sum payment.
☐ Ten (10) annual installments.

DVES = 10

CRT

In the event of my death before distribution to me commences (or in the case of the ten annual installments method, before I receive my full 10 installments) and provided I am fully vested, I designate the following person as my beneficiary:

Name of Beneficiary (Print): Janet Marie Summerville    Relationship: Sister
Address of Beneficiary (Print): 5916 N.E. Mallory    Social Security #: 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
Portland, ORE. 97211

Date: 10/25/88    Employee's Signature: Daniel R. Summerville

Exhibit B

**EXHIBIT 9**