UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

NIKKI SUMMERVILLE          *

    Plaintiff          *

v.          *

                               *   Civil No.: L03 CV 158

JANET SUMMERVILLE          *

    Defendant          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

I, Peggy Pot, make the following affidavit under oath:

1. I am I am over the age of 18 years.

2. I am competent to testify and have personal knowledge of the facts contained herein.

3. I currently reside at 66 Lady Mary Lane, Eureka Springs, Arkansas 72632.

4. I have known Dan and Nikki Summerville since approximately 1980.

5. In September of 2000, Dan Summerville visited Nikki Summerville at her home in Holiday Island, Arkansas.

6. I visited Dan and Nikki Summerville at Nikki's home on or about September 21, 2000.

7. During that visit, I spoke to Dan Summerville concerning his MEBA money purchase benefit ("MPB") and the fact that he just changed the beneficiary to his daughter Nikki Summerville, from his sister, Janet Summerville. Dan Summerville told me that he and



EXHIBIT
11

    Nikki Summerville just returned from a notary public to finalize the change of beneficiary to his daughter.

8. Dan Summerville was in good spirits and very excited to help his daughter, grandson, and future grandson by naming Nikki Summerville as the beneficiary.

9. I often babysat Nikki Summerville when she was growing up and Dan Summerville was often absent and did not always provide support.

10. On or about September 21, 2000, Dan Summerville expressed to me that he wanted to do the right thing for Nikki and leave her the money in his MEBA MPB.

11. Dan Summerville also expressed that he would provide for his son Danny through his mother's estate (Angelina Summerville) and a life insurance policy.

12. Dan Summerville consented to allow another man, his ex-wife's new husband, to adopt his son Danny some years ago.

13. Dan Summerville visited with Nikki Summerville and her son for a couple of months in the fall of 2000 and I spoke to Dan on many occasions and he often expressed his happiness in being able to provide for Nikki, her son, and her unborn child with his MEBA MPB.

14. It was clear to me that Dan Summerville believed he changed the beneficiary to his MEBA MPB from Janet Summerville to Nikki Summerville and it was his intention to do so.

I SOLEMNLY SWEAR UNDER THE PENALTIES OF PERJURY AND UPON KNOWLEDGE THAT THE CONTENTS OF THE AFOREGOING AFFIDAVIT ARE TRUE.

_____*Peggy Pot*_____
PEGGY POT

_____6-10-03_____
DATE