## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# CITY AND COUNTY OF SAN FRANCISCO

### CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| Name | DANIEL DAVID SUMMERVILLE |
| Date of Birth | 10/13/1946 |
| Age | 55 |
| Sex | M |
| Date of Death | 04/10/2002 |
| Year of Birth | 1950 |
| State of Birth | CA |
| Social Security No. | 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 |
| Military Service | No |
| Marital Status | DIVORCED |
| Education | 16 |
| Race | WHITE |
| Usual Occupation | ENGINEER |
| Kind of Business | MERCHANT SEAMAN |
| Years in Occupation | 30 |
| Residence | 3737 BRODERICK STREET |
| City | SAN FRANCISCO |
| County | SAN FRANCISCO |
| Zip | 94123 |
| Years in County | 55 |
| State | CA |
| Informant | JANET SUMMERVILLE - SISTER, 0233 S.W. CLARA MAE WAY, PORTLAND, OR 97219 |
| Father | RANDALL PAUL SUMMERVILLE / PA |
| Mother | ANGELINA MARIA TUDARO / MALTA |
| Disposition Date | 04/12/2002 |
| Place of Disposition | AT SEA OFF THE COAST OF SAN FRANCISCO |
| Type of Disposition | CR/SEA |
| Funeral Director | PATTERSON & O'CONNELL, FD 946 |
| Date Signed | 04/12/2002 |
| Place of Death | DECEDENT'S RESIDENCE, 3737 BRODERICK STREET, SAN FRANCISCO |
| Cause of Death (a) | "PENDING" Further Investigation and/or Testing |
| Coroner's Case No. | 2002-0630 |
| Date of Death Pronounced | 04/11/2002 |
| Certifier | Boyd G. Stephens, M.D., Chief Medical Examiner |

3802653273   STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

This is to certify that the image reproduced hereupon is a true copy of the record on file in the SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH as of the date issued.

DATE ISSUED: MAY 0 8 2002

Mitchell Katz, M.D.
Health Officer and Local Registrar

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

EXHIBIT D