IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF __SOLANO__

In the Matter of the Petition of

__SCOTT ALAN DEANE__
Petitioner

STEPPARENT ADOPTION  A 4309

Consent to Adoption by Parent in California
Giving Custody to Husband or Wife
of Other Parent

I, the undersigned, being the father/mother of __DANIEL LORING SUMMERVILLE__
Name of Minor

do hereby give my full and free consent to the adoption of said child by

__SCOTT ALAN DEANE__
Name of Petitioner (Stepparent)

the petitioner herein, it being fully understood by me that with the signing of this document my consent may not be withdrawn except with court approval, and that with the signing of the order of adoption by the court, I shall give up all my rights of custody, services, and earnings of said child, and that said child cannot be reclaimed by me.

Said child was born on __June 29, 1984__ in __San Francisco, California__
Date                                            City and State

and is the child of __DANIEL RANDY SUMMERVILLE__ and __WINIFRED HART DEANE__
Name of Natural Father                Name of Natural Mother

DATE __Feb. 10, 1989__

_____
Signature of Parent

Signed in the presence of

_K. Hart, Deputy County Clerk_
* Title:

* The Clerk of the Superior Court, the Probation Officer, or, where stepparent investigations are delegated to County Welfare Departments, a County Welfare Department staff member may witness.

This form to be used only when parent is giving his custody of child to husband or wife of other parent. Original for court record, certified copy to be sent immediately to State Department of Health, Sacramento.

AD 2A (1/74)

EXHIBIT
12