April 17, 2002

To whom it may concern:

    I waive my responsibilities as executor for Daniel R. Summerville.

              Judith Summerville

EXHIBIT