# Beins, Axelrod, Kraft, Gleason & Gibson, P.C.

1717 Massachusetts Avenue, N.W., Suite 704
Washington, D.C. 20036-2001 · WWW.BAKGG.COM
ph: 202.328.7222 · fax: 202.328.7030

Hugh J. Beins
Jonathan G. Axelrod
Barbara Kraft*
Edward M. Gleason*
Richard W. Gibson**
Sarah J. Starrett †
H. David Kelly, Jr.††
Regina Markey
E. Lindsey Maxwell, II

\* also admitted in MD
\*\* also admitted in VA
\* also admitted in PA
† also admitted in FL
†† also admitted in MA, MI



June 24, 2003

Nell B. Strachan, Esq.
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

Jeffrey A. Wothers, Esq.
Cristina A. Milnor, Esq.
Niles, Barton & Wilmer, LLP
111 S. Calvert St.
Suite 1400
Baltimore, MD 21202

Re: *MEBA Pension Trust, et al. v. Summerville*, C. A. No. 1:03-cv-158 (D. Md.)

Dear Counsel:

    Enclosed for your information are four documents relating to the distribution of Daniel Summerville's account balance in the MEBA Pension Trust - 401(k) Plan to Nikki Summerville. The documents include a beneficiary designation form signed by Daniel R. Summerville on September 18, 2000, a "Total Distribution Statement" showing the basis for the amount of the distribution, a copy of the check issued to Nikki Summerville, and the June 10, 2002 cover letter that accompanied the check.

    Exhibit 1 to Nikki Summerville's Motion of Summary Judgment, the April 30, 2002 letter to her from the MEBA Plans Office, erroneously stated that the money purchase benefit would be payable to her, an error the June 11, 2002 letter from the Plans Office attempted to correct. The April 30, 2002 letter also referred to the 401(k) benefit distribution. The parties may be interested in that distribution as well as the money purchase benefit at issue in this case.

Sincerely,

Barbara Kraft

Enclosures

cc: Allen R. Szymczak, MEBA Plans Administrator

RECEIVED
JUN ~~ 2003
VBH



| MEBA MEDICAL & BENEFITS PLAN |
| MEBA PENSION TRUST |
| MEBA TRAINING PLAN |
| MEBA VACATION PLAN |

**BENEFIT PLANS**  1007 EASTERN AVENUE, BALTIMORE, MARYLAND 21202-4345 • (410) 547-9111

June 10, 2002

Nikki Summerville
PO Box 3113
Holiday Island, AR 72631

RE: Daniel Summerville (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)
    MEBA Pension Trust 401(k) Plan

Dear Ms. Summerville:

Enclosed please find Fidelity's check number *214089727* in the amount of $ *53,225.51* representing a distribution from your father's MEBA 401(k) account.

Please accept our deepest sympathy on the loss of your father. If you have any questions regarding this matter, feel free to call me.

Sincerely,

Patricia Kelly
Assistant to the Administrator for Benefits

JPK:k

Enclosures
File: Daniel Summerville (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)

## MEBA PENSION TRUST-401K PLAN

90085    OP

NIKKI SUMMERVILLE
POB 3113
HOLIDAY ISLAND, AR  72631

SOC. SEC. NO.         : 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
WITHDRAWAL TYPE : DEATH BENEFIT - NON-SPOUSAL BENEFICIARY

CHECK NUMBER  : 214089727
CHECK DATE         : 06/05/2002

|  |  |
|---|---|
| GROSS AMT | $59,139.46 |
| TAXABLE | $59,139.46 |
| FEDTX | $5,913.95 |
| NET AMT | $53,225.51 |



MEBA PENSION TRUST 401K PLAN
Fidelity Investments  FIDELITY INSTITUTIONAL OPERATIONS CO.

| CHECK NUMBER | ACCOUNT NUMBER | DATE OF CHECK | DOLLARS | CENTS |
|---|---|---|---|---|
| 214089727 | 90085 | JUN 05, 2002 | $*****53,225 | 51 |

PAY TO THE ORDER OF

NIKKI SUMMERVILLE
POB 3113
HOLIDAY ISLAND, AR  72631



PAYABLE THROUGH
Bankers Trust (Delaware)
Wilmington, DE

AUTHORIZED SIGNATURE

# MEBA PENSION TRUST - 401(K) PLAN

## TOTAL DISTRIBUTION STATEMENT

90085    OP4K

NIKKI SUMMERVILLE
POB 3113
HOLIDAY ISLAND, AR   72631

| PARTICIPANT | : DANIEL SUMMERVILLE | ALT PAYEE : 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 | PARTICIPATION DATE | : 08/09/1992 |
|---|---|---|---|---|
| SOC. SEC. NO. | : 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 | | TERMINATION DATE | : 04/10/2002 |
| TYPE | : DEATH BENEFIT - NON-SPOUSAL BENEFICIARY | | TRANSACTION DATE | : 06/05/2002 |

### FUND INFORMATION

| | PRICE | SHARES WITHDRAWN | CASH WITHDRAWN |
|---|---|---|---|
| FIDELITY GINNIE MAE | $11.0000 | 1,080.515 | $11,885.67 |
| FIDELITY MAGELLAN | $94.1200 | 206.828 | $19,466.65 |
| FIDELITY CONTRAFUND | $43.7500 | 139.175 | $6,088.91 |
| FIDELITY GROW & INC | $35.1300 | 446.156 | $15,673.46 |
| FIDELITY RET GOVT MM | $1.0000 | 6,024.770 | $6,024.77 |

### SOURCE INFORMATION

| | 06/05/2002 BEGINNING BALANCE | VESTED PERCENT | AMOUNT WITHDRAWN |
|---|---|---|---|
| ELECTIVE CONTRIBUTIONS | $59,139.46 | 100.00 | $59,139.46 |

### DISTRIBUTION SUMMARY / TAX INFORMATION

| BEGINNING BALANCE | $59,139.46 | TOTAL DISTRIBUTION | $59,139.46 |
|---|---|---|---|
| LESS WITHDRAWALS | ( $59,139.46) | TOTAL TAXABLE AMOUNT | $59,139.46 |
| ENDING BALANCE | $.00 | ORDINARY INCOME AMOUNT | $59,139.46 |

### CHECK INFORMATION

| NIKKI SUMMERVILLE | CHECK DATE 06/05/2002 | GROSS AMOUNT | $59,139.46 |
|---|---|---|---|
| POB 3113 | CHECK NUMBER 214089727 | FEDERAL TAX | $5,913.95 |
| HOLIDAY ISLAND, AR 72631 | SHARE OF DISTRIB 100% | NET AMOUNT | $53,225.51 |

## MEBA 401(k) PLAN

### BENEFICIARY DESIGNATION FORM

NOTE: If an employee participating in the MEBA 401(k) Plan dies before receiving a distribution of his/her account, the balance shall be paid to the surviving spouse unless the employee <u>and</u> the surviving spouse have designated in writing a Beneficiary to receive the balance of the account. USE THIS FORM TO DESIGNATE A BENEFICIARY ONLY IF (A) YOU ARE SINGLE, OR (B) IF YOU ARE MARRIED BUT WANT SOMEONE OTHER THAN YOUR SPOUSE TO BE YOUR BENEFICIARY.

Employee's Name: _Daniel R. Summerville_

SSN: _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_   Marital Status: _Divorced_

Spouse's Name: _____

ELECTION: (check one)

____ I am not married and wish to designate the individual(s) named below as beneficiary of my 401(k) account.

_X_ I am married and wish to designate the individual(s) named below as beneficiary of my 401(k) account.

[handwritten note: "why not married"]

BENEFICIARY:

Name: _Nikki Summerville_

SSN: _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_   Relationship: _Daughter_   DOB: _7-27-74_

Address: _13 mars Ln. Hoilday Island AR. 72631_

CO-BENEFICIARY:

Name: _____

SSN: _____   Relationship: _____   DOB: _____

Address: _____

_Daniel R. Summerville_        _9/18/00_
EMPLOYEE'S SIGNATURE             DATE

SEP 2 5 2000

entered 9/25/00 /DV

** TOTAL PAGE.05 **