

MEBA MEDICAL & BENEFITS PLAN

MEBA PENSION TRUST

MEBA TRAINING PLAN

MEBA VACATION PLAN

**BENEFIT PLANS**    1007 EASTERN AVENUE, BALTIMORE, MARYLAND 21202-4345 • (410) 547-9111

April 30, 2002

Nikki Summerville
P.O. Box 3113
Holiday Island, AR 72631

> RE: Daniel Summerville
> IDN: 22419
> DOD: April 10, 2002

Dear Miss Summerville:

We were sorry to learn of the death of your father. On behalf of this entire organization, please allow me to extend our sincere condolences on your loss.

Our records indicate that as of January 1, 1998, Mr. Summerville had transferred his Money Purchase Benefit ("MPB") Account to Vanguard. Furthermore, as of Mr. Summerville's date of death he had accrued a balance of approximately $132,613.80 in his Money Purchase Benefit Account. This benefit is payable to you as Mr. Summerville's designated beneficiary. The Regulations of the Plan provide that these benefits be payable in the form of a Straight Life Annuity, however, an election can be made to receive the balance in a Single Distribution or in Ten Annual Installments. We have included a 30-day Notice Period packet for your information regarding this distribution.

Please be advised that information regarding the 401k Plan payable on this claim will be sent under separate cover.

In order that we may issue the aforementioned benefits to you, it is required that we be furnished with the following from you:

-Original Certified Death Certificate for Dan Summerville

-The enclosed #092382 Money Purchase Benefit Distribution Request
 Due to Death Form

-Copy of identification for yourself

**EXHIBIT**

/

Daniel Summerville
Page 2


If you should have any questions, please do not hesitate to contact this office.


Very truly yours,

Karen A. Fortune
Pension Trust Manager


KAF/ag
Enclosure

EXHIBIT

/