```
          IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION
```

|  |  |
|---|---|
| MEBA PENSION TRUST, et al., | * |
| Plaintiffs, | * |
| v. | *   CIVIL NO.: WDQ-03-158 |
| NIKKI SUMMERVILLE, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is, this 13th day of August 2003, hereby ORDERED:

1. That Nikki Summerville's motion for summary judgment BE, and it hereby IS, GRANTED;

2. That judgment BE, and it hereby IS, ENTERED in favor of Nikki Summerville and against Janet Summerville;

3. That Janet Summerville's motion for summary judgment BE, and it hereby IS, DENIED; and

4. That the Clerk of the Court transmit copies of this Order and the Memorandum Opinion to counsel for the parties.

```
                            _____/s/_____
                            William D. Quarles, Jr.
                            United States District Judge
```