UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **MEBA PENSION TRUST, et al.** | * |
| **Plaintiffs** | * |
| v. | * Civil No.: L03 CV 158 |
| **NIKKI SUMMERVILLE, et al.** | * |
| **Defendants** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**MOTION TO RELEASE FUNDS**</u>

Nikki Summerville, Defendant, by and through her attorneys, Jeffrey A. Wothers, Cristina A. Milnor, and Niles, Barton & Wilmer, LLP, hereby files, pursuant to F.R.C.P. 7(b), this Motion to Release Funds and, in support thereof, states:

1.  Plaintiffs, MEBA Pension Trust and its Trustees, filed an interpleader action to determine the rightful beneficiary to a money purchase benefit plan ["MPB"] vested in Daniel Summerville.

2.  Plaintiffs filed a Consent Motion to Deposit the Funds with the Court and this Court ordered the deposit on April 15, 2003.

3.  Defendants Nikki Summerville and Janet Summerville filed cross Motions for Summary Judgment on June 13, 2003.

4.  This Court granted Defendant, Nikki Summerville's Motion for Summary Judgment on August 13, 2003, determining that she is the rightful beneficiary of the MPB.

**WHEREFORE,** Defendant, Nikki Summerville, moves this Honorable Court to release the MPB that was deposited with the registry of the Court to her attorneys and for such other, further and different relief as the justice of the cause may require.

                                               /s/
                                 JEFFREY A. WOTHERS
                                 Federal Bar No. 09439
                                 CRISTINA A. MILNOR
                                 Federal Bar No. 26973
                                 Niles, Barton & Wilmer, LLP
                                 111 S. Calvert Street
                                 Suite 1400
                                 Baltimore, MD 21202
                                 Telephone (410) 783-6300
                                 Fax (410) 783-6363
                                 **Attorneys for Defendant,**
                                 **Nikki Summerville**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _20th_ day of August, 2003, copies of the foregoing Motion to Release Funds and proposed Order were mailed, postage prepaid, to the following:

>Barbara Kraft, Esquire
>Richard W. Gibson, Esquire
>1717 Massachusetts Avenue
>Suite 704
>Washington, D.C. 20036
>
>Nell B. Strachan, Esquire
>Two Hopkins Plaza
>Suite 1800
>Baltimore, MD 21201

_____/s/_____
CRISTINA A. MILNOR