UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **MEBA PENSION TRUST, et al.** | * |
| | * |
| Plaintiffs | |
| | * |
| v. | |
| | *   Civil No.:  L03 CV 158 |
| **NIKKI SUMMERVILLE, et al.** | |
| | * |
| Defendants | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Nikki Summerville's Motion to Release Funds to her attorneys, Niles, Barton, & Wilmer, LLP, it is, this ___ day of _____, 2003, hereby ORDERED that Defendant, Nikki Summerville's Motion to Release Funds is GRANTED.

_____                    _____
Date                                                William D. Quarles, Jr.
                                                    United States District Judge