UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

MEBA PENSION TRUST, et al.,

    Plaintiffs,

v.                                                          Civil No. LO 3 CV 158
                                                                   Judge Quarles

NIKKI SUMMERVILLE, et al.,

    Defendants.
_____/

**PLAINTIFFS' RESPONSE TO NIKKI SUMMERVILLE'S
MOTION TO RELEASE FUNDS**

The MEBA Pension Trust and its Trustees, plaintiffs herein who filed the original complaint for interpleader in this case, do not oppose Nikki Summerville's Motion to Release Funds filed August 13, 2003.

Respectfully submitted,

_____
Barbara Kraft    Federal Bar No. 09105
Beins, Axelrod, Kraft, Gleason & Gibson, P.C.
1717 Massachusetts Ave., NW, Suite 704
Washington, DC 20036
(202) 328-7222
Counsel for Plaintiffs MEBA Pension Trust and Trustees

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Plaintiffs' Response was mailed to counsel for the parties this 25th day of August, 2003, at the following addresses by first class mail:

Jeffrey A. Wothers, Esq.
Cristina Milnor, Esq.
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202

Nell B. Strachan, Esq.
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

                                                                                   _____