FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 SEP 9  A 10: 24

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MEBA PENSION TRUST, et al.           *

                                     *

    Plaintiffs

v.                                   *     Civil No.: L03 CV 158

NIKKI SUMMERVILLE, et al.

    Defendants
                                     *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of Defendant Nikki Summerville's Motion to Release Funds to her attorneys, Niles, Barton, & Wilmer, LLP, it is, this 9th day of Sept., 2003, hereby ORDERED that Defendant, Nikki Summerville's Motion to Release Funds is GRANTED.

_9/9/3_____          _____
Date                          William D. Quarles, Jr.
                              United States District Judge